AO 106 (Rev. 04/10) Application for a Search Warrant

Approved: s/Drew E. Davis 3/26/2026

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

**FILED**

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
Premises known as 125 Pinkston Rd.,
Shawnee, Oklahoma 74801, surrounding curtilage, and
any vehicles, garages, and outbuildings thereon.

)
)
)
)
)
)
)

Case No.  MJ-26-158  -CMS

2:45 pm, Mar 26, 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: AC, Deputy Clerk

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____ Western _____ District of _____ Oklahoma _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c)(1)(A) | Possession of Firearms in Furtherance of a Drug-Trafficking Crime |

The application is based on these facts:

See attached Affidavit, which is incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Matthew D. Capshaw, TFO DEA
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 26, 2026
_____

_____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma

CHRIS M. STEPHENS, United States Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF 125 PINKSTON RD. SHAWNEE, OKLAHOMA 74801, LOCATED WITHIN THE WESTERN DISTRICT OF OKLAHOMA** | **Case No. _____** |

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A SEARCH AND SEIZURE WARRANT**

I, Matthew D. Capshaw, Task Force Officer of the Drug Enforcement Administration, United States Department of Justice, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a "federal law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure. I am a police officer with the City of Del City Police Department and have been certified as a police officer since March 2017. I am assigned to the detective division at the Del City Police Department as a narcotics investigator, and I am currently serving as a Task Force Officer (TFO) at the Drug Enforcement Administration (DEA) at the Oklahoma City District Office in the Tactical Diversion Squad. I am a law enforcement officer, as defined under Rule 41(a)(2)(C), and am authorized to request this search warrant because I am a government Officer who is engaged in enforcing federal criminal laws, and I am within the category of officers

authorized by the Attorney General to request such a warrant. I have been assigned as a DEA TFO since 2024. As a result of my assignment with the DEA, my duties include, but are not limited to, investigating individuals and organizations engaged in procuring, manufacturing, and distributing controlled substances and managing/laundering drug proceeds.

2.      This Affidavit is submitted based on violations of federal law including: (1) possession of a controlled substance with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); and (2) drug conspiracy, in violation of 21 U.S.C. § 846; and (3) possession of firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause to secure a search and seizure warrant for a residence belonging to, and used by, targets of a DEA investigation, specifically, **125 Pinkston Rd., Shawnee, Oklahoma 74801** (**Target Location**), as described further in **Attachment A** (physical description), for evidence of violations of federal law as further described in **Attachment B** (description of items to be seized).

3.      The facts set forth in this Affidavit are based upon my personal observations, my training and experience, reports provided to me by other law enforcement officers, and statements made by witnesses and other concerned parties. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested search and seizure warrant, I

2

have not included each and every fact known to me regarding this investigation.

## **PROBABLE CAUSE**

4.      In January of 2026, the DEA Oklahoma City District Office Tactical Diversion Squad received information about the shipment of excipient powder (pill binding powder) that was being sent to "Andy Anderson" at 13802 Gaddy Rd., Shawnee, Oklahoma. Investigators contacted the Federal Bureau of Investigation (FBI) who requested information from LFA Machines out of Fort Worth, Texas, in reference to this shipment. Law enforcement learned that in December of 2025, multiple parts of a TDP5 pill press were ordered by "Andy Anderson" at 13802 Gaddy Rd., Shawnee, Oklahoma, including: an ejection guard; an upper drift pin assembly; a lower assembly timing rod runner; and a upper drift pin mounting block, amongst other parts. Additionally, law enforcement confirmed that "Andy Anderson" had ordered 10 kilograms of white excipient powder to the same address.[1]

5.      The phone number for the deliveries was labeled "330-428-7215" ("x7215"), and the email utilized was "swolehillbilly@proton.me." A subpoena was sent to Verizon Wireless for "x7215" for subscriber and call information.

---

[1] Based on my training and experience, I know that 10 kilograms of excipient powder can produce approximately 100,000 tablets with 1 kilogram of excipient powder producing approximately 10,000 tablets based on an average illicit tablet weight of 0.1 grams.

Data received from Verizon Wireless stated that the subscriber was Mary Greschaw at 1295 S. 15th St., Sebring, Ohio. A search by the FBI of this number identified a traffic accident report in Alliance, Ohio. In this accident report, "x7215" was listed as the contact number for Lukasz Greschaw at the same address, 1295 S. 15th St., Sebring, Ohio. Additionally, investigators identified that "x7215" is associated with a Cash App account with the name $LukeGreschaw. Based on law enforcement databases, Greschaw resides in Ohio. Investigators could find no ties between Greschaw and 13802 Gaddy Rd., Shawnee, Oklahoma.

6.     Open source and law enforcement databases were utilized to identify the occupants of the 13802 Gaddy Rd., Shawnee, Oklahoma, as Gary Brown, Elizabeth Brown, Seth Walker and Ashlynn Vaught.

7.     On February 17, 2026, and February 24, 2026, trash pulls were conducted at 13802 Gaddy Rd., Shawnee, Oklahoma. During these trash pulls, various documents were discovered confirming that Gary Brown, Elizabeth Brown, Seth Walker, and Ashlynn Vaught were utilizing the residence. Additionally, during the trash pull on February 24, 2026, investigators located a black trash bag containing multiple documents and shipping labels for "Roy Anderson."

8.     Investigators contacted Customs and Border Protection (CBP) for information about shipments being sent to 13802 Gaddy Rd., Shawnee,

4

Oklahoma. CBP was able to identify a shipment, manifested on January 31, 2026, that was being shipped to 13802 Gaddy Rd., Shawnee, Oklahoma, that contained a description of "ready mix binder," that was being shipped to "James McGill."[2] Based on my training and experience, I know that a ready mix binder can be utilized in pill presses to press tablets.

9.    On February 6, 2026, investigators, via electronic surveillance observed a FedEx truck deliver the "ready mix binder" parcel to 13802 Gaddy Rd., Shawnee, Oklahoma. Shortly thereafter, investigators observed a white GMC pickup arrive and saw the driver place two boxes into the bed of the pickup. One of the boxes appeared to be the same size and shape of the box delivered to 13802 Gaddy Rd., Shawnee, Oklahoma. Investigators later identified this vehicle, via registration records, as belonging to Roy Anderson at **125 Pinkston St., Shawnee, Oklahoma 74801 (Target Location)**.

10.    On February 7, 2026, officers with the Shawnee Police Department responded to the **Target Location** due to a domestic violence incident between Roy Anderson and Elizabeth Anderson. During this response, officers spoke with Elizabeth Anderson who told officers that Roy Anderson was

---

[2] Investigators believe that the name "James McGill" is fictitious and is being utilized due to it being the name of a character from "Better Call Saul," as part of the "Breaking Bad" franchise, a show that revolves around the distribution of illicit drugs.

utilizing an outbuilding on the property of the **Target Location** to operate a pill press and manufacture anabolic steroids. Elizabeth Anderson referred to this as an "underground lab," and stated that she believed it to be illegal. Elizabeth Anderson stated that she had personally observed the equipment in the outbuilding and that she had observed Roy Anderson package and ship product from the outbuilding. At that time, officers did not inspect the outbuilding.

11.    Investigators established surveillance, both physically and electronically, on 13802 Gaddy Rd., Shawnee, Oklahoma, on February 18, 2026. At approximately 9:40 a.m., investigators observed Gary Brown depart the residence in a blue Chevrolet Silverado, with Oklahoma license plate RZA668, registered to Gary Brown at 13802 Gaddy Rd., Shawnee, Oklahoma. Investigators followed Gary Brown as he drove to a BancFirst location at 3443 Kickapoo St., Shawnee, Oklahoma, and then back to 13802 Gaddy Rd., Shawnee, Oklahoma. At approximately 11:24 a.m., a box truck for the company OKX Logistics arrived at the residence. Investigators observed Gary Brown drive the same blue Chevrolet Silverado out onto Gaddy Road and back up to the rear of the box truck. Investigators observed the transfer of a large wooden crate from the box truck into the bed of the blue Silverado. At approximately 6:30 p.m., via electronic surveillance, investigators observed the blue Silverado, with the crate strapped down in the bed of the truck, depart

6

13802 Gaddy Rd., Shawnee, Oklahoma, only to return later in the evening with the crate no longer in the bed of the pickup.

12.    Investigators issued an administrative subpoena to OKX Logistics for information related to the shipment received by Gary Brown. OKX Logistics provided documentation to investigators that identified the recipient of the parcel as "Gary Brown at 13802 Gaddy Rd., Shawnee, Oklahoma." The package information was "Mixing Machine" with a gross weight of 278.00 lbs. I know, based on my training and experience, that industrial mixing machines are often used to combine excipient powder with illicit substances for further processing within a pill press operation when dealing with large amounts of excipient powder.

13.    On February 24, 2026, investigators established surveillance on the **Target Location**. That day, investigators observed a white GMC pickup, driven by Gary Brown, depart the property coming from the direction of a large outbuilding on the west side of the property. This GMC pickup was previously registered to Roy Anderson and seen on surveillance on February 6, 2026. However, on February 20, 2026, the registration was changed to Oklahoma license plate G6329T registered to Gary Brown at 13802 Gaddy Rd., Shawnee, Oklahoma.

14.    On March 2, 2026, investigators were notified by CBP of an incoming shipment of approximately 32 kilograms of binder-powder (used in

the manufacturing of illicit tablets) that was shipped from Budapest, Hungary, to 13802 Gaddy Rd., Shawnee, Oklahoma, with the name "James McGill" as the recipient of the shipment.

15. On March 9, 2026, investigators established surveillance on 13802 Gaddy Rd., Shawnee, Oklahoma, in anticipation of the delivery of this shipment. At approximately 11:15 a.m., two parcels were delivered by FedEx. A review of the FedEx package tracking online database positively identified the two parcels as being the expected shipment of binder-powder. After being delivered, investigators observed the packages placed onto the open tailgate of a Chevrolet Avalanche in the driveway of 13802 Gaddy Rd., Shawnee, Oklahoma. The parcel remained on this tailgate until the arrival of the aforementioned white GMC pickup with Oklahoma license plate G6329T registered to Gary Brown. Shortly after arriving, the white pickup departed and the parcels were no longer seen on the tailgate of the Avalanche. Investigators conducted mobile and electronic surveillance on the white pickup and verified that it arrived at the entrance to the **Target Location** approximately 20 minutes after departing from 13802 Gaddy Rd., Shawnee, Oklahoma.

16. The United States Postal Service identified a Post Office Box, #321, operating at the "E-Z Ship and Copy" store at 1530 N. Harriston St., Shawnee, Oklahoma, that had been opened by Roy Anderson. Between

8

March 19, 2025, and February 20, 2026, the USPS identified approximately 109 shipments to this the #321 P.O. Box with the primary receiver being listed as "Andy Anderson," however other recipients of note were "James McGill" and "Roy Anderson." Investigators searched the names and locations of the shippers of the parcels to this P.O. Box and determined that in many circumstances, there was no evidence that the name of the shipper and the address provided of that shipper were legitimate.

17.     On March 12, 2026, USPS Postal Inspectors seized two parcels being sent to Andy Anderson at 1530 N. Harrison St. #321, Shawnee, Oklahoma 74804.

      a.    The shipper of **PARCEL 1** was listed as being from Hong Kong with a return address of "MG ZF, 1782 W. 2nd St. Dock 4/5/6, Pomona, CA 91766." Investigators determined that this was not a valid address and that the sender's name, "MG ZF," could not be associated with this address.

      b.    The shipper of **PARCEL 2** was listed as, "Shipping Dept, 4351 Hamilton St., Omaha, NE 68131." A search of public databases listed the possible tenant of this location as "Recycling Connections Inc."

18.     USPS Postal Inspectors were able to obtain federal search warrants to search both parcels on March 19, 2026, in the Western District of Oklahoma. *See* MJ-26-138-STE and MJ-26-139-STE. Inspectors searched the parcels on the same date.

19.    **PARCEL 1** contained >250 small vials, commonly used to hold a substance designed to be drawn out with a needle and syringe, that contained a powdered substance that tested presumptively positive for Glycine and Hexafluorobenzene. This powder took up less than half of each individual vial.

20.    Based on my training and experience, these vials contain illicit anabolic steroid paraphernalia. I know that the active anabolic steroid is mixed into the glycine mixture, within these vials, which is a common way to distribute anabolic steroids to consumers. Anabolic steroids are classified as a Schedule III substance under the Controlled Substances Act. Moreover, this drug paraphernalia is consistent with the manufacturing of anabolic steroids for distribution as described by Elizabeth Anderson when she interacted with police officers on February 7, 2026.

21.    **PARCEL 2** consisted of three boxes that further contained blister packs of small white tablets totaling 180 tablets from all the packages. Based on my training and experience, I believe that these boxes were licit pharmaceuticals that were produced in a Central or South American country. The tablets were listed as "Metilfenidato," which is a Schedule II controlled substance commonly used to treat Attention Deficit Hyperactivity Disorder (ADHD). In the United States this drug is called "methylphenidate." Based on

10

my training and experience, I know that methylphenidate is often combined with pill binder powder in pill presses to create counterfeit MDMA tablets.[3]

22.    Based on the contents discovered in both parcels, and the information gained during the course of this investigation, law enforcement believed that Roy Anderson and Gary Brown were utilizing 13802 Gaddy Rd., Shawnee, Oklahoma and 1530 N. Harrison St. #321, Shawnee, Oklahoma, to receive equipment and illicit substances necessary for the production of anabolic steroids and tablets that contained federally controlled substances. Agents further believed these substances were being manufactured at the **Target Location**.

23.    On March 25, 2026, this Court issued a search and seizure warrant for a residence at **125 Pinkston Rd., Shawnee, Oklahoma 74801 (Target Location)** based on the foregoing information. *See* MJ-26-154-CMS. That search and seizure warrant authorized the search of the **Target Location** and the seizure of "[a]ll items that constitute evidence, instrumentalities, contraband, and/or fruits of violations of 21 U.S.C. § 841(a)(1) and § 846." *Id.*

---

[3] Based on my training and experience, I know that methylphenidate is a central nervous system stimulant. These stimulants are often substituted for the active ingredients in MDMA due to the similarities of the stimulant effects of both substances, and the inexpensive nature of these types of central nervous system stimulants.

11

This Affidavit incorporates by reference all facts alleged as part of that Search and Seizure Warrant. *Id.*

24.     On March 26, 2026, at approximately 7:30 a.m., law enforcement lawfully executed the search warrant at the **Target Location**. The **Target Location** is owned by Roy and Elizabeth Anderson.

25.     Inside the residence, a trailer home, at the **Target Location**, law enforcement located a safe in the bedroom. On top of the safe were what appeared to be boxes of "metilfenidato," a Schedule II controlled substance commonly used to treat Attention Deficit Hyperactivity Disorder (ADHD). In the United States, this drug is called "methylphenidate." Inside this same safe, investigators found two rifles. One of those two rifles had the moniker, "Swole Hillbilly," on its dust cover.[4] One additional rifle was located elsewhere in the bedroom.

26.     In the living room of the residence, law enforcement located a money counter. Additionally, inside the residence, law enforcement identified a device that appeared to be tied to the front entrance of the property. The

---

[4] The email address "swolehillbilly@proton.me" was identified as being associated with the shipment of multiple parts of a TDP5 pill press in December 2025 which were ordered by "Andy Anderson" at 13802 Gaddy Rd., Shawnee, Oklahoma, including: an ejection guard; an upper drift pin assembly; a lower assembly timing rod runner; and a upper drift pin mounting block, amongst other parts. Additionally, law enforcement confirmed that "Andy Anderson" had ordered 10 kilograms of white excipient powder to the same address. *See* Paragraph 5.

device appeared to be designed to chime whenever a vehicle crossed over the threshold of the property at the **Target Location**. The distance from the entrance of the property to the residence is approximately 100 yards.

27.    In a Dodge Challenger parked outside the residence, law enforcement located one pistol. The Dodge Challenger is registered to Roy Anderson.

28.    Inside the shed on the property, which is located approximately 75 yards from the residence, law enforcement located approximately four (4) industrial pill presses, an industrial powder mixer, and multiple packages containing pills and powder consistent with drug manufacturing. Right next to one of the pill presses, law enforcement located a pistol. Additionally, law enforcement observed cameras that were affixed to the outside of the shed.

29.    Based on the aforementioned facts, I submit there is probable cause to believe that firearms located on the property were possessed by Roy Anderson in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## CONCLUSION

30.    Based on the foregoing, I respectfully submit that there is probable cause to believe that evidence—including firearms, ammunition, magazines, and firearm-related accessories—relating to a violation of 18 U.S.C. § 924(c)(1)(A) will be found at the **Target Location**. I therefore respectfully

13

request issuance of a search and seizure warrant for the **Target Location**, said location being more specifically described in this warrant application's **Attachment A** to seize the items described in **Attachment B**.

**FURTHER THE AFFIANT SAYETH NOT.**

Respectfully submitted,

MATTHEW CAPSHAW
Task Force Officer
Drug Enforcement Administration (DEA)

Subscribed and sworn to before me this 26th day of March, 2026.

CHRIS M. STEPHENS
United States Magistrate Judge
Western District of Oklahoma

14

## ATTACHMENT A

## Target Location

## 125 Pinkston Rd., Shawnee, Oklahoma 74801

125 Pinkston Rd., Shawnee, Oklahoma 74801, is the residence of Roy Anderson and located in a blue in color, trailer home with a brown roof located at the eastern section of the property. The front door of this residence is located on the west side of the structure and is surrounded by a wooden deck.

Additionally on this property is a large "shop" outbuilding that is brown in color and is a metal building and a detached semi-truck trailer. This search includes the main residence, all outbuildings, vehicles on the property and the entirety of the curtilage for the lot at 125 Pinkston Rd., Shawnee, Oklahoma 74801 (shown below).



15



# ATTACHMENT B

## Particular Things to be Seized

All items that constitute evidence, instrumentalities, contraband, and/or fruits of violations of 18 U.S.C. § 924(c)(1)(A), including:

a.   any and all firearms;

b.   any and all ammunition, magazines, and firearm-related accessories; and

c.   documents, receipts, items, and other articles of personal property showing ownership of firearms, ammunition, magazines, and firearm-related accessories.

17